VAMCO, INC., Formerly Known as VMA SALVAGE, INC., Plaintiff, v PHYLLIS J. POLHEMUS, Defendant and Third-Party Plaintiff-Respondent. FRANK R. MONFREDO et al., Individually and as Limited Partners of Village Meadows Associates, Third-Party Defendants-Appellants, et al., Third-Party Defendants. (Appeal No. 2.) [753 NYS2d 920] —Appeal from an order of Supreme Court, Monroe County (Barry, J.), entered March 4, 2002, which denied the motion of third-party defendants-appellants for reargument.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs (*see Empire Ins. Co. v Food City*, 167 AD2d 983, 984). Present—Pigott, Jr., P.J., Green, Scudder, Gorski and Lawton, JJ.